UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SOUTH TEXAS ELECTRIC COOPERATIVE, | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | CIVIL ACTION NO. 6:19-cv-00085 |
| FACTORY MUTUAL INSURANCE COMPANY, | | |
| Defendant. | | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Factory Mutual Insurance Company ("FM Global" or "Defendant") hereby removes the action styled and numbered 19-08-84878-B, currently pending in the 135th Judicial District Court, Victoria County, Texas to the United States District Court for the Southern District of Texas, Victoria Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

## INTRODUCTION

1. On August 21, 2019, Plaintiff South Texas Electric Cooperative, ("STEC") commenced this lawsuit by filing STEC's Original Petition ("Petition") in the 135th Judicial District Court, Victoria County, Texas.[1]

2. The Petition names FM Global as the sole defendant. The lawsuit involves Plaintiff's claim for property damage under a policy issued by FM Global.

3. FM Global first received the Petition through service to its registered agent CT

---

[1] Plaintiff's Original Petition includes a jury demand, p.8.

**DEFENDANT'S NOTICE OF REMOVAL**     Page 1
4811-2879-6325v1

Corporations Systems on August 30, 2019.

4. FM Global thus files this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

## II.
## BASIS FOR REMOVAL

5. Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court where the action is pending is located in this District.

6. Removal is proper under 28 U.S.C. § 1332(a) if there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees. These two conditions are satisfied in this matter.

**A.** **Removal is Proper Because Complete Diversity of Citizenship Exists Between STEC and FM GLOBAL.**

7. Plaintiff was at the time this lawsuit was filed, and on the date this Notice of Removal was filed, incorporated in Texas with its principal place of business in Nursery, Texas. Plaintiff is therefore a citizen of Texas for purposes of diversity jurisdiction.

8. Defendant FM Global was at the time this lawsuit was filed, and on the date this Notice of Removal was filed, a Rhode Island corporation with its principal place of business in Rhode Island. FM Global is thus a citizen of Rhode Island for diversity jurisdiction purposes.

9. Because Plaintiff is a citizen of Texas, and FM Global is a citizen of Rhode Island, complete diversity exists between Plaintiff and FM Global (now and on the date Plaintiff filed this lawsuit).

**B.** **Plaintiff's Claimed Damages Exceed This Court's Jurisdictional Threshold of $75,000.**

10. If it is facially apparent that Plaintiff's claims in this suit exceed $75,000, exclusive of interest, costs, and attorney's fees, Defendant's burden to establish the amount in controversy

exceeds this Court's jurisdictional threshold is satisfied.[2]

11. Here, the Petition states that Plaintiff seeks to recover monetary relief over $700,000.[3] It is thus facially apparent that Plaintiff's claims exceed this Court's jurisdictional threshold of $75,000.

### III.
### CONCLUSION

12. Because there is complete diversity between the parties, and the amount in controversy exceeds $75,000, removal of this action is proper under 28 U.S.C. § 1332(a).

13. As required by 28 U.S.C. § 1446(a), and Local Rule 81, a copy of each of the following are attached to (or filed with) this Notice:

    a. an index of matters being filed, attached as **Exhibit A**;

    b. the docket sheet, attached hereto as **Exhibit B**;

    c. service of process on Defendant, attached hereto as **Exhibit C**;

    d. pleadings asserting causes of action, attached hereto as **Exhibit D**; and

    e. list of all counsel of record, including addresses, telephone numbers and parties represented, attached as **Exhibit E**.

14. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

WHEREFORE, Defendant Factory Mutual Insurance Company requests that this action be removed from the 135th Judicial District Court, Victoria County, Texas, to the United States District Court for the Southern District of Texas, Victoria Division, and that this Court enter such further orders as may be necessary and appropriate.

---

[2] *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

[3] *See* Plaintiff's Original Petition ¶ 18.

Respectfully submitted,

By: */s/ Todd M. Tippett.*
    Thomas H. Cook, Jr.
    Texas Bar No. 00783869
    Southern Member ID 20109
    tcook@zelle.com
    Todd M. Tippett
    (Attorney-in-Charge)
    Texas Bar No. 24046977
    Southern Member ID 573544
    ttippett@zelle.com
    Lindsey P. Bruning
    Texas Bar No. 24064967
    Southern Member ID 997691
    lbruning@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT FACTORY MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

A true and correct copy of the forgoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on September 20, 2019:

Thomas B. Alleman
State Bar No. 01017485
talleman@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, TX  75201
Telephone:     214-698-7830
Facsimile:     855-216-6218
*Attorney for Plaintiff South Texas Electric Cooperative*

        */s/ Todd M. Tippett*
        Todd M. Tippett